IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| THREE ARROWS ENTERPRISES, INC., et al. | : |
| | : Case No. 1-09-bk-07161-RNO |
| Debtor | : Case No. 1-09-bk-07158-RNO |
| | : (Jointly Administered) |
| ROBERTA A. DeANGELIS, ACTING | : |
| UNITED STATES TRUSTEE and | : Document Nos. 125 and 127 |
| SUSQUEHANNA BANK | : |
| | : Nature of Proceeding: Motion to |
| Movants | :  Convert or Dismiss |
| | : |
| AUTOHAUS ACQUISITION, INC. | : |
| | : |
| Respondent | : |

## ORDER

Upon consideration of the Motion of the United States Trustee and the Motion of Susquehanna Bank to convert the Chapter 11 case of Autohaus Acquisition, Inc. to Chapter 7 or dismiss the case, and after consideration of the Stipulation of Counsel for Autohaus Acquisition, Inc., Susquehanna Bank and the United States Trustee agreeing upon such conversion to Chapter 7, it is hereby

ORDERED that, as of the date of this Order, Autohaus Acquisition, Inc. is converted from a case under 11 U.S.C. Chapter 11 to a case under 11 U.S.C. Chapter 7.

By the Court,

*(signed)* Robert N. Opel, II, Bankruptcy Judge
(BI)

*This document is electronically signed and filed on the same date.*

Dated: February 24, 2010