IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| AUTOHAUS ACQUISITION, INC., | : | CASE NO. 1:09-bk-07158-RNO |
| d/b/a VICTORY VOLKSWAGEN, | : | |
| Debtor | : | JOINTLY ADMINISTERED TO |
| | : | THREE ARROWS ENTERPRISES, |
| | : | INC., ET AL |
| | : | CASE NO: 1-09-bk-07161-RNO |

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN THAT:

Trustee in Bankruptcy seeks leave to sell five (5) motor vehicles belonging to the estate, being a 1999 International Rollback, a 2005 Chevrolet C-1500, a 2007 Mercedes E350 4matic, a 2008 Mercedes S550, and a 2005 Isuzu Sign Truck for the sum of $82,075.00 to Reinhart LTD subject to the terms and conditions set forth in a letter of February 23, 2011 attached to the Trustee's motion to sell. The motion proposes to sell the property free and clear of all claims by any parties and seeks to have the purchaser be deemed a good faith purchaser pursuant to §363(m) of the Bankruptcy Code.

Any objections to the proposed sale of the above motor vehicles on the above terms and conditions must be filed on or before twenty-three (23) days of the date of this notice, with the Clerk of the United States Bankruptcy Court, The Ronald Reagan Federal Building, 228 Walnut Street, PO Box 908, Harrisburg, PA 17108.

A copy is to be served upon the Trustee in Bankruptcy, Lawrence G. Frank, Esquire, Thomas, Long, Niesen & Kennard, PO Box 9500, 212 Locust Street, Suite 500, Harrisburg, PA 17108-9500, telephone number (717) 234-7455.

If no objections are timely filed to the aforementioned, the Court may act on said request without a hearing or without further notice. If you desire to contest this matter, file a written objection in the form of a responsive pleading and request a hearing. Any filing must conform to the rules of bankruptcy procedure unless the Court determines otherwise.

Anyone wishing to bid higher for said vehicles may do so by contacting the Trustee administering the estate on or before twenty-three (23) day period expires.

If any objections are filed, a hearing will be held on the 21st day of July, 2011, at 10:00 A.M., in the Bankruptcy Courtroom, Third Floor, The Ronald Reagan Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

The name and address of the Trustee administering the estate is: Lawrence G. Frank, Esquire, Thomas, Long, Niesen & Kennard, PO Box 9500, 212 Locust Street, Suite 500,

Harrisburg, PA 17108-9500, telephone number (717) 234-7455.

DATED: May 31, 2011            CLERK, US BANKRUPTCY COURT
PO BOX 908
HARRISBURG, PA  17108-0908
Phone: (888) 531-9485